SUSAN CURTIS et al., as Executors, etc., Respondents, *v.* MOSES HART et al., Appellants.

(Argued April 9, 1891; decided April 28, 1891.)

APPEAL from judgment of the General Term of the Supreme Court in the fifth judicial department entered upon an order made October 19, 1888, which affirmed a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term.

*W. A. Sutherland* for appellants.

*John F. Little* for respondents.

Agree to affirm; no opinion.
All concur, except BRADLEY and HAIGHT, JJ., not sitting.
Judgment affirmed.

---

CAROLINE D. CRANK, Respondent, *v.* THE FORTY-SECOND STREET, MANHATTANVILLE AND SAINT NICHOLAS AVENUE RAILWAY COMPANY, Appellant.

(Argued April 9, 1891; decided April 28, 1891.)

APPEAL from judgment of the General Term of the Supreme Court in the first judicial department, entered upon an order made July 13, 1889, which affirmend a judgment in favor of plaintiff entered upon a verdict and affirmed an order denying a motion for a new trial.

*William C. Trull* for appellant.

*John D. Townsend* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.